Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Jaya Bajaj (State Bar No. 317909)
jbajaj@fbm.com
Corina Gallardo (State Bar No. 331466)
cgallardo@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC.,
AMAZON.COM SERVICES LLC, and
GOLDEN STATE FC LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLETTE CHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM INC., a Delaware Corporation; AMAZON WEB SERVICES, INC., a Delaware Corporation; GOLDEN STATE FC LLC, a California Corporation; AMAZON.COM SERVICES LLC, a Delaware Corporation; ANDY JASSY, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES LLC, AND GOLDEN STATE FC LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441**<br><br>[LOS ANGELES COUNTY SUPERIOR COURT; CASE NO. 23STCV26169]<br><br>Action Filed:   October 25, 2023<br>Trial Date:        N/A |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF COLETTE CHEN:

PLEASE TAKE NOTICE that Defendants AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES LLC, and GOLDEN STATE FC LLC ("Defendants"), pursuant to 28 U.S.C. § 1441, hereby remove the above-entitled action to this Court from the Superior Court of the State of California in and

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL
ACTION UNDER 28 U.S.C. Section 1441

44741\16628954.1

for the County of Los Angeles.

## I.  FACTUAL AND PROCEDURAL BACKGROUND

On October 25, 2023, Plaintiff COLETTE CHEN ("Plaintiff") filed her first amended civil complaint in the Superior Court of the State of California, County of Los Angeles, entitled *Colette Chen v. Amazon.com Inc., et al.*, Case No. 23STCV26169. A true and correct copy of the Complaint (hereinafter the "Complaint") is attached at **Exhibit A** to the Declaration of Corina Gallardo ("Gallardo Decl.") submitted concurrently herewith.

In her Complaint, Plaintiff alleges twelve causes of action against Defendants: (1) Breach of Contract; (2) Promissory Estoppel; (3) Fraud; (4) Negligent Misrepresentation; (5) Violation of the California Equal Pay Act; (6) Waiting Time Penalties; (7) Disability Discrimination in Violation of the Fair Employment and Housing Act ("FEHA"); (8) Gender Discrimination in Violation of the FEHA; (9) Failure to Prevent Discrimination in Violation of the FEHA; (10) Wrongful Discharge; (11) Failure to Provide Accurate Itemized Wage Statements in Violation of Cal. Lab. Code § 226; and (12) Unfair Business Practices. *See* Gallardo Decl., ¶ 2; **Exh. A**. Plaintiff seeks general damages, incidental damages, special damages, compensatory damages, punitive damages, attorneys' fees, interest, and costs of suit. *See* Gallardo Decl., ¶ 2; **Exh. A** at p. 31 - 32.

On January 11, 2024, Defendant Amazon Web Services, Inc. was served with Plaintiff's Complaint, and a true and correct copy of the Notice of Service of Process is attached as **Exhibit B**. *See* Gallardo Decl., ¶ 3; **Exh. B**. On January 11, 2024, Defendant Golden State FC LLC was served with Plaintiff's Complaint, and a true and correct copy of the Notice of Service of Process is attached as **Exhibit C**. *See* Gallardo Decl., ¶ 4; **Exh. C**. On January 11, 2024, Defendant Amazon.com Services LLC was served with Plaintiff's Complaint, and a true and correct copy of the Notice of Service of Process is attached as **Exhibit D**. *See* Gallardo Decl., ¶ 5; **Exh. D**. On January 12, 2024, Defendant Amazon.com, Inc. was served with Plaintiff's

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. Section 1441

2

44741\16628954.1

Complaint, and a true and correct copy of the Notice of Service of Process is attached as **Exhibit E**.  *See* Gallardo Decl., ¶ 6; **Exh. E**.

On February 9, 2024, Defendants answered Plaintiff's Complaint in State Court, and its Answer is attached as **Exhibit F** to the Declaration of Corina Gallardo submitted concurrently herewith.  *See* Gallardo Decl., ¶ 7; **Exh F**.

## II. THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading."  *See* 28 U.S. § 1446(b)(2)(B).

## III. THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship.  *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]").

 First, Plaintiff and Defendants are citizens of different states.  Plaintiff's Complaint alleges that she resides in the state of California and has lived in California at all relevant times. *See* Gallardo Decl., ¶ 2; **Exh. A** at 2.

Defendant Amazon.com Services LLC, Golden State FC LLC, Amazon Web Services, Inc., and Amazon.com, Inc., are not citizens of California. For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

At all times relevant to this action, Golden State FC LLC and Amazon.com Services LLC have been a citizen of Washington and Delaware (but not California). Golden State FC LLC, a Delaware corporation with its principal place of business in Seattle, Washington, is now a defunct entity that and has been absorbed by its successor Amazon.com Services LLC.  A true and correct copy of the Secretary of State Application to Register a Foreign Limited Liability Corporation for Golden State FC LLC is attached as **Exhibit G** to the Declaration of Corina Gallardo

submitted concurrently herewith. *See* Gallardo Decl., ¶ 8; **Exh. G**. A true and correct copy of the Secretary of State Certificate of Cancellation for Golden State FC LLC is attached as **Exhibit H** to the Declaration of Corina Gallardo submitted concurrently herewith. *See* Gallardo Decl., ¶ 9; **Exh. H**. The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington. A true and correct copy of the Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. is attached as **Exhibit I** to the Declaration of Corina Gallardo submitted concurrently herewith. *See* Gallardo Decl., ¶ 10; **Exh. I**.

Amazon Web Services, Inc. is a Delaware corporation with its corporate headquarters and principal place of business in Washington. A true and correct copy of the Washington Secretary of State Statement of Information for Amazon Web Services, Inc. is attached as **Exhibit J** to the Declaration of Corina Gallardo submitted concurrently herewith. *See* Gallardo Decl., ¶ 11; **Exh. J**.

Moreover, the amount in controversy exceeds $75,000. Though Defendants deny that Plaintiff is entitled to any damages, Plaintiff seeks general damages, incidental damages, special damages, compensatory damages, punitive damages, attorneys' fees, interest, and costs of suit. *See* Gallardo Decl., ¶ 2; **Exh. A** at p. 31 - 32. California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Chambers v. Penske Truck Leasing Corp.*, 2011 WL 1459155, at *3–4 (E.D. Cal. Apr. 15, 2011) (holding the amount in controversy requirement satisfied in disability discrimination case seeking compensatory damages, general damages, punitive damages, and attorneys' fees); *Ochoa v. Costco Wholesale Corp.*, 2023 WL 2861906, at *3–4 (E.D. Cal. Apr. 10, 2023) (holding the amount in controversy requirement satisfied in disability discrimination and retaliation case seeking compensatory damages, general damages, punitive damages, and attorneys' fees); *Zamudio v. Aerotek, Inc.*, 2022 WL 458059, at *5–6 (E.D. Cal. Feb. 15, 2022) (holding the amount in controversy requirement

satisfied in disability discrimination and retaliation case seeking compensatory damages, general damages, punitive damages, and attorneys' fees). Thus, removal is proper based on this Court's diversity jurisdiction.

## IV. <u>VENUE IS PROPER IN THIS COURT</u>

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Los Angeles, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

## V. <u>NOTICE OF REMOVAL</u>

Defendants will promptly serve this Notice of Removal upon Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles.

Dated: February 9, 2024         FARELLA BRAUN + MARTEL LLP

                                By: *Corina Gallardo*
                                    Corina Gallardo

                                Attorneys for AMAZON.COM, INC.,
                                AMAZON WEB SERVICES, INC.,
                                AMAZON.COM SERVICES LLC, and
                                GOLDEN STATE FC LLC