M. Danton Richardson (State Bar No. 141709)
dantonlaw@yahoo.com
Law Offices of M. Danton Richardson
131 N. El Molino Avenue, Suite 310
Pasadena, California 91101
Telephone: (949) 677-6434

Attorneys for Plaintiff COLETTE CHEN

Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Jaya B. Narang (State Bar No. 317909)
jbajaj@fbm.com
Emily J. Tripodi (State Bar No. 334054)
etripodi@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for AMAZON.COM INC., AMAZON WEB SERVICES, INC. and AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

COLETTE CHEN, an individual,

Plaintiff,

vs.

AMAZON.COM INC., a Delaware Corporation; AMAZON WEB SERVICES, INC., a Delaware Corporation; GOLDEN STATE FC LLC, a California Corporation; AMAZON.COM SERVICES LLC, a Delaware Corporation; ANDY JASSY, an individual; and DOES 1-20, inclusive,

Defendants.

Case No. 2:24-cv-01130-MWC-AS

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR SHORT STAY OF ACTION PENDING COMPLETION OF SETTLEMENT TERMS**

Hon. Michelle Williams Court

Action Filed: October 25, 2023
Trial Date: March 2, 2026
FSC: February 20, 2026

Plaintiff Colette Chen ("Plaintiff") and Defendants Amazon.com Inc., AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES LLC, and AMAZON.COM SERVICES LLC ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby advise the Court that the Parties have agreed to a settlement of this action.

To allow time for the Parties to complete the settlement terms, the parties jointly request the Court to vacate all dates in this matter and stay this action through March 23, 2026, by which time the parties will submit a stipulation of dismissal of this entire action with prejudice.

Dated: February 4, 2026

LAW OFFICES OF M. DANTON RICHARDSON

By *_/s/ M. Danton Richardson_*
M. Danton Richardson
Attorneys for Plaintiff,
COLETTE CHEN

Dated: February 4, 2026

FARELLA BRAUN + MARTEL LLP

By: *_/s/ Jaya B. Narang_*
Jaya B. Narang
Attorneys for AMAZON.COM INC., AMAZON WEB SERVICES, INC. and AMAZON.COM SERVICES LLC

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, M. Danton Richardson, am the ECF user whose identification and password are being used to file this Joint Notice of Settlement and Request for Stay of Action pending Completion of Settlement Terms. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of each signatory to this document.

Dated: February 4, 2026

LAW OFFICES OF M. DANTON RICHARDSON

By */s/ M. Danton Richardson*
M. Danton Richardson
Attorneys for Plaintiff,
COLETTE CHEN

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th Day of February, 2026, the foregoing **JOINT NOTICE OF SETTLEMENT AND REQUEST FOR SHORT STAY OF ACTION PENDING COMPLETION OF SETTLEMENT TERMS** was filed with the Court's CM/ECF system and served on the following counsel of record by email:

Douglas E. Dexter
ddexter@fbm.com
Jaya B. Narang
*jbnarang@fbm.com*
Emily Tripodi
*etripodi@fbm.com*
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104

By: /s/ *M. Danton Richardson*
M. Danton Richardson